■ David Van Slyke, Respondent, v Niagara Mohawk Power Corporation et al., Defendants. Niagara Mohawk Power Corporation, Third-Party Plaintiff, v New York Telephone Company, Third-Party Defendant. General Cable Corporation, Third-Party Plaintiff-Respondent, v New York Telephone Company, Third-Party Defendant-Appellant. (Appeal No. 4.) — Judgment reversed, on the law and facts, without costs, and third-party complaint dismissed. Same memorandum as in *Van Slyke v Niagara Mohawk Power Corp.* (Appeal No. 1) (93 AD2d 990). Concur — Dillon, P. J., Denman, Boomer and Moule, JJ.

Callahan, J., dissents in part and votes to reverse the judgment and grant a new trial on General Cable Corporation's third-party complaint. Same dissenting memorandum as in *Van Slyke v Niagara Mohawk Power Corp.* (Appeal No. 1) (93 AD2d 990). (Appeal from judgment of Supreme Court, Onondaga County, Inglehart, J. — indemnification.) Present — Dillon, P. J., Callahan, Denman, Boomer and Moule, JJ.